UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ALEX COLEMAN**                                                                                              **PLAINTIFF**

V.                      4:16CV00759 BRW/JTR

**DOC HOLLIDAY,**
**Pulaski County Sheriff, et al.**                                                   **DEFENDANTS**

## **ORDER**

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, I approve and adopt the Recommendation as set out below:

Coleman's claims against the Pulaski County Detention Center are dismissed with prejudice. His access to the courts, inhumane conditions of confinement, and equal protection claims against all other defendants are dismissed without prejudice. It is certified that an *in forma pauperis* appeal of theses rulings would not be taken in good faith.[1]

Coleman may proceed with his due process claims against Holliday, McGee, Robinson, Hodges, and Turner. The Clerk is directed to prepare a summons for each of them. The U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this order on them without prepayment of fees and costs or security. If any of the defendants are no longer Pulaski County employees, the individual responding to service must file a **sealed** statement providing the unserved defendant's last known private mailing address.

IT IS SO ORDERED this 30th day of December, 2016.

                                                                                                 /s/ Billy Roy Wilson
                                                                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).