IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEX COLEMAN                                                                                     PLAINTIFF

VS.                              4:16-CV-00759-BRW-JTR

DOC HOLLADAY, Sheriff,
Pulaski County Detention Center, *et al.*                                                  DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 13th day of November, 2017.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).