IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALEX COLEMAN                                                                  PLAINTIFF
Reg. No. 28929-009

VS.                            4:16-CV-00759-BRW-JTR

DOC HOLLADAY, Sheriff;
CAROL McGEE;
FELICIA ROBINSON, Deputy;
MISTY HODGES, Deputy; and
TEQUILA TURNER, Deputy,
Pulaski County Detention Center                                              DEFENDANTS

## ORDER

I have reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections were filed. After careful review, I approve and adopt the Recommendation.

Accordingly, Defendants' motion for summary judgment (Doc. No. 27) is GRANTED, and Plaintiff's claims are DISMISSED with prejudice.

IT IS SO ORDERED this 29th day of August, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE