**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ALEX COLEMAN**                                                                          **PLAINTIFF**

**VS.**                                       **4:16-CV-00759-BRW-JTR**

**DOC HOLLADAY, Sheriff;**
**CAROL McGEE;**
**FELICIA ROBINSON, Deputy;**
**MISTY HODGES, Deputy; and**
**TEQUILA TURNER, Deputy,**
**Pulaski County Detention Center**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, judgment is entered in favor of Defendants. All

relief sought is denied, and this case is closed.

IT IS SO ORDERED this 29th day of August, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE